1  Esther C. Rodriguez, Esq.
   Nevada Bar No. 6473
2  RODRIGUEZ LAW OFFICES, P.C.
   10161 Park Run Drive, Suite 150
3  Las Vegas, Nevada 89145
   702-320-8400
4  info@rodriguezlaw.com
   *Attorneys for Plaintiff*
5    *Carol-Lyn Liddle*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CAROL-LYN LIDDLE, an individual, | Case No.: 2:18-CV-00918-RFB-PAL |
| Plaintiff, | |
| v. | |
| HARRY COWELL, an individual, ROCK VAULT TOURS, INC., a Delaware Corporation; DOE individuals 1 through 10; and ROE business entities 11 through 20. | |
| Defendant. | |

**STIPULATION AND ORDER EXTENDING TIME FOR**

**PLAINTIFF'S RESPONSE TO DEFENDANTS'**

**MOTION TO DISMISS (FIRST REQUEST)**

Plaintiff Carol-Lyn Liddle, and Defendants Harry Cowell and Rock Vault Tours, Inc., stipulate that Plaintiff shall file and serve her points and authorities in response to Defendants' Motion to Dismiss filed on September 17, 2018 (ECF No. 8), on or before October 9, 2018. The

. . .

. . .

. . .

. . .

. . .

. . .

. . .

Page 1

Rodriguez Law Offices, P.C.
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Tel (702) 320-8400
Fax (702) 320-8401

1  date currently ordered for Plaintiff to file her response is October 1, 2018.  The Court has not yet set

2  a hearing date on the motion.

3      IT IS SO STIPULATED this  27th  day of September, 2018.

4  **RODRIGUEZ LAW OFFICES, P.C.**    **HOLLAND & HART LLP**

6  By:  /s/ Esther C. Rodriguez, Esq.    By:  /s/ Matthew T. Cecil, Esq.
   Esther C. Rodriguez, Esq.    Matthew T. Cecil, Esq.
7  Nevada Bar No. 6473    Nevada Bar No. 9525
   10161 Park Run Drive, Suite 150    9555 Hillwood Drive, 2nd Floor
8  Las Vegas, Nevada 89145    Las Vegas, Nevada  89134
   *Attorneys for Plaintiff*    *Attorneys for Defendants Cowell & Rock*
9   *Carol-Lyn Liddle*    *Vault Tours, Inc.*

**ORDER**

14  IT IS SO ORDERED.

_____
RICHARD F. BOULWARE, II
United States District Court

DATE: September 28, 2018.

Page 2