Matthew T. Cecil, Esq.
Nevada Bar No. 9525
Sydney R. Gambee, Esq.
Nevada Bar No. 14201
HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV  89134
Phone: 702-222-2500
Fax: 702-669-4600
Email:   mtcecil@hollandhart.com
             srgambee@hollandhart.com

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CAROL-LYN LIDDLE, an individual,<br><br>Plaintiff,<br><br>v.<br><br>HARRY COWELL, an individual; ROCK VAULT TOURS, INC., a Delaware Corporation; DOE individuals 1 through 10; and ROE business entities 11 through 20,<br><br>Defendants. | Case No. 2-18-cv-00918-RFB-PAL<br><br>**JOINT STIPULATED REQUEST AND PROPOSED ORDER TO RESCHEDULE EARLY NEUTRAL EVALUATION (ECF No. 10)** |

**WHEREAS,** on September 21, 2018 the Parties were ordered to appear before Magistrate Judge George Foley Jr. for an Early Neutral Evaluation session on November 8, 2018 at 9:00 a.m., with a confidential written evaluation statement due in his chambers no later than November 1, 2018. (ECF No. 10)

**WHEREAS,** Defendants' Attorney of Record Matthew T. Cecil will be out of the country on November 8, 2018.

**NOW THEREFORE,** Plaintiff Carol-Lyn Liddle and Defendants Harry Cowell and Rock Vault Tours, Inc., by and through their attorneys of record, jointly ask the Court to reschedule the Early Neutral Evaluation session from November 8, 2018 at 9:00 a.m. to October

29, 2018 at 9:00 a.m., with the confidential written evaluation statement due delivered to Magistrate Judge Foley's chambers no later than October 22, 2018.

IT IS SO STIPULATED this 28th day of September 2018.

| | |
|---|---|
| **RODRIGUEZ LAW OFFICES, P.C.** | **HOLLAND & HART LLP** |
| /s/ Esther C. Rodriguez | /s/ Matthew T. Cecil |
| Esther C. Rodriguez, Esq.<br>Nevada Bar No. 6473<br>Attorneys for Plaintiff | Matthew T. Cecil, Esq.<br>Nevada Bar No. 9525<br>Sydney R. Gambee, Esq.<br>Nevada Bar No. 14201<br>Attorneys for Defendants |

**ORDER**

**IT IS SO ORDERED**

DATED October 1, 2018

_/s/ George Foley Jr._
UNITED STATES MAGISTRATE JUDGE

11463152_1