Esther C. Rodriguez, Esq.
Nevada Bar No. 6473
RODRIGUEZ LAW OFFICES, P.C.
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
702-320-8400
info@rodriguezlaw.com
*Attorneys for Plaintiff*
  *Carol-Lyn Liddle*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CAROL-LYN LIDDLE, an individual, | Case No.: 2:18-CV-00918-RFB-PAL |
| Plaintiff, | |
| v. | |
| HARRY COWELL, an individual, ROCK VAULT TOURS, INC., a Delaware Corporation; DOE individuals 1 through 10; and ROE business entities 11 through 20. | |
| Defendant. | |

**STIPULATION AND ORDER EXTENDING TIME FOR**

**PLAINTIFF'S RESPONSE TO DEFENDANTS'**

**MOTION TO DISMISS PLAINTIFF'S FIFTH CLAIM FOR RELIEF (FIRST REQUEST)**

Plaintiff Carol-Lyn Liddle, and Defendants Harry Cowell and Rock Vault Tours, Inc., stipulate that Plaintiff shall file and serve her points and authorities in response to Defendants' Motion to Dismiss filed on November 1, 2018 (ECF No. 20), on or before November 26, 2018.

. . .

. . .

. . .

. . .

. . .

. . .

. . .

Page 1

1  The date currently ordered for Plaintiff to file her response is November 15, 2018.  The Court has
2  not yet set a hearing date on the motion.
3      IT IS SO STIPULATED this  14th  day of November, 2018.

| **RODRIGUEZ LAW OFFICES, P.C.** | **HOLLAND & HART LLP** |
|---|---|
| By: /s/ Esther C. Rodriguez, Esq. | By: /s/ Matthew T. Cecil, Esq. |
| Esther C. Rodriguez, Esq. | Matthew T. Cecil, Esq. |
| Nevada Bar No. 6473 | Nevada Bar No. 9525 |
| 10161 Park Run Drive, Suite 150 | 9555 Hillwood Drive, 2nd Floor |
| Las Vegas, Nevada 89145 | Las Vegas, Nevada 89134 |
| *Attorneys for Plaintiff* | *Attorneys for Defendants Cowell & Rock* |
| *Carol-Lyn Liddle* | *Vault Tours, Inc.* |

## ORDER

IT IS SO ORDERED.

_____
RICHARD F. BOULWARE, II
United States District Judge

DATE: November 19, 2018.