Matthew T. Cecil, Esq.
Nevada Bar No. 9525
Sydney R. Gambee, Esq.
Nevada Bar No. 14201
HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134
Phone: 702-222-2500
Fax: 702-669-4600
Email: mtcecil@hollandhart.com
srgambee@hollandhart.com

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CAROL-LYN LIDDLE, an individual,<br><br>Plaintiff,<br><br>v.<br><br>HARRY COWELL, an individual; ROCK VAULT TOURS, INC., a Delaware Corporation; DOE individuals 1 through 10; and ROE business entities 11 through 20,<br><br>Defendants. | Case No. 2-18-cv-00918-RFB-PAL<br><br>**STIPULATION AND ORDER EXTENDING TIME FOR DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION FOR LEAVE TO AMEND COMPLAINT**<br><br>***FIRST REQUEST*** |

**STIPULATION**

Plaintiff Carol-Lyn Liddle ("Plaintiff") and Defendants Harry Cowell and Rock Vault Tours, Inc. ("Defendants"), by and through their undersigned counsel of record, stipulate that Defendants shall have until and including January 9, 2019 to serve their points and authorities in response ("Response") to Plaintiff's Motion for Leave to Amend Complaint, filed on December 18, 2018 (ECF No. 25) ("Motion"). The current deadline for Defendants' Response is January 2, 2019.[1] Plaintiff's Reply shall be due within seven (7) days after service of the Response per LR 7-2.

---

[1] While the Court has noted January 1, 2019 as the deadline for Defendants' Response, per FRCP 6(a)(1)(C), the time for the Response runs to January 2, 2019 because January 1, 2019 is a legal holiday.

11816898_1

This is the first request for extension of the deadline for Defendants' Response. There is no hearing currently set on the Motion.

Dated this 31st day of December 2018.

*/s/ Sydney R. Gambee, Esq.*
Matthew T. Cecil, Esq.
Nevada Bar No. 9525
Sydney R. Gambee, Esq.
Nevada Bar No. 14201
9555 Hillwood Drive, 2nd Floor
Las Vegas, Nevada 89134

*Attorneys for Defendants*

Dated this 31st day of December 2018.

*/s/ Esther C. Rodriguez, Esq.*
Esther C. Rodriguez, Esq.
Nevada Bar No. 6473
RODRIGUEZ LAW OFFICES, P.C.
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145

*Attorneys for Plaintiff*

**ORDER**

**IT IS SO ORDERED**.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE

DATE: January 4, 2019

Page 2 of 2

11816898_1