Esther C. Rodriguez, Esq.
Nevada Bar No. 6473
RODRIGUEZ LAW OFFICES, P.C.
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
702-320-8400
info@rodriguezlaw.com
*Attorneys for Plaintiff*
  *Carol-Lyn Liddle*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CAROL-LYN LIDDLE, an individual, | Case No.: 2:18-CV-00918-RFB-PAL |
| Plaintiff, | |
| v. | |
| HARRY COWELL, an individual, ROCK VAULT TOURS, INC., a Delaware Corporation; DOE individuals 1 through 10; and ROE business entities 11 through 20. | |
| Defendant. | |

**STIPULATION AND ORDER TO CONTINUE HEARING ON PLAINTIFF'S MOTION TO AMEND COMPLAINT SCHEDULED JANUARY 17, 2019**

**(FIRST REQUEST)**

Plaintiff Carol-Lyn Liddle, and Defendants Harry Cowell and Rock Vault Tours, Inc., stipulate and request that the hearing Plaintiff's Motion to Amend Complaint (ECF 25), presently scheduled on January 17, 2019 at 9 a.m. (ECF 29), be continued to the next available hearing date, preferably to February 5, 2019, when counsel for all parties are available for oral argument.

This request arises due to a conflict wherein Plaintiff's counsel is scheduled for a mandatory Nevada Supreme Court settlement conference at the same time as the scheduled hearing before this Court. Plaintiff's counsel is a sole practitioner and lead counsel in both matters scheduled at that time. It is thus imperative that Plaintiff's counsel attend both matters, but will be unable to do so

. . .

. . .

Page 1

Rodriguez Law Offices, P.C.
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Tel (702) 320-8400
Fax (702) 320-8401

due to the conflicting times. Counsel for all parties are available February 5, 2019, if this Honorable Court is able to accommodate this short continuance.

IT IS SO STIPULATED this 15th day of January, 2019.

| | |
|---|---|
| **RODRIGUEZ LAW OFFICES, P.C.** | **HOLLAND & HART LLP** |
| By: /s/ Esther C. Rodriguez, Esq.<br>Esther C. Rodriguez, Esq.<br>Nevada Bar No. 6473<br>10161 Park Run Drive, Suite 150<br>Las Vegas, Nevada 89145<br>*Attorneys for Plaintiff*<br>*Carol-Lyn Liddle* | By: /s/ Sydney R. Gambee, Esq.<br>Sydney R. Gambee, Esq.<br>Nevada Bar No. 14201<br>9555 Hillwood Drive, 2nd Floor<br>Las Vegas, Nevada 89134<br>*Attorneys for Defendants Cowell & Rock*<br>*Vault Tours, Inc.* |

**ORDER**

IT IS SO ORDERED the hearing on Plaintiff's Motion to Amend Complaint (ECF No. 25), currently scheduled for January 17, 2019, is continued to 10:00 a.m. on February 5, 2019.

_____
U.S. MAGISTRATE JUDGE

DATE: January 16, 2019