Matthew T. Cecil, Esq.
Nevada Bar No. 9525
Sydney R. Gambee, Esq.
Nevada Bar No. 14201
HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV  89134
Phone: 702-222-2500
Fax: 702-669-4600
Email:   mtcecil@hollandhart.com
         srgambee@hollandhart.com

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CAROL-LYN LIDDLE, an individual,<br><br>Plaintiff,<br><br>v.<br><br>HARRY COWELL, an individual; ROCK VAULT TOURS, INC., a Delaware Corporation; DOE individuals 1 through 10; and ROE business entities 11 through 20,<br><br>Defendants. | Case No. 2-18-cv-00918-RFB-PAL<br><br>**STIPULATION AND ORDER EXTENDING TIME FOR DEFENDANTS' REPLY IN SUPPORT OF MOTION TO DISMISS THE FIRST AMENDED COMPLAINT (FAC)**<br><br>**(FIRST REQUEST)** |

Plaintiff Carol-Lyn Liddle by and through her attorneys of record and Defendants Harry Cowell and Vault Tours, Inc. by and through their attorneys of record hereby agree and stipulate that Defendants shall file and serve their Reply in support of their Motion to Dismiss the First Amended Complaint (FAC) filed on February 20, 2019 (ECF No. 37) on or before March 21, 2019.

/ / /

/ / /

/ / /

The date currently set for Defendant to file their Reply is March 14, 2019. The Court has not set a hearing date on the Motion.

IT IS SO STIPULATED.

Dated this 13th day of March 2019.

/s/     Matthew T. Cecil
Matthew T. Cecil, Esq.
Nevada Bar No. 9525
Sydney R. Gambee, Esq.
Nevada Bar No. 14201
9555 Hillwood Drive, 2nd Floor
Las Vegas, Nevada 89134
*Attorneys for Defendants*

Dated this 13th day of March 2019.

/s/     Esther C. Rodriguez
Esther C. Rodriguez, Esq.
Nevada Bar No. 6473
RODRIGUEZ LAW OFFICES, P.C.
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145

*Attorneys for Plaintiff*

**IT IS SO ORDERED:**

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 14th of March, 2019.