Matthew T. Cecil, Esq.
Nevada Bar No. 9525
Sydney R. Gambee, Esq.
Nevada Bar No. 14201
HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134
Phone: 702-222-2500
Fax: 702-669-4600
Email: mtcecil@hollandhart.com
srgambee@hollandhart.com

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CAROL-LYN LIDDLE, an individual,<br><br>Plaintiff,<br><br>v.<br><br>HARRY COWELL, an individual; ROCK VAULT TOURS, INC., a Delaware Corporation; DOE individuals 1 through 10; and ROE business entities 11 through 20,<br><br>Defendants. | Case No. 2-18-cv-00918-RFB-PAL<br><br>**STIPULATION TO DISMISS WITH PREJUDICE** |

**Whereas**, on May 18, 2018, Plaintiff Carol-Lyn Liddle ("Plaintiff") filed a Complaint [ECF No. 1] against Defendants Harry Cowell and Rock Vault Tours, Inc. (collectively "Defendants") which alleged claims for: sexual harassment – hostile work environment, violation of NRS 613, gender and age discrimination, breach of contract, and intentional infliction of emotional distress;

**Whereas**, on February 6, 2019, Plaintiff filed a First Amended Complaint [ECF No. 35], which retained each claim alleged in the Complaint and added an alleged claim for retaliation and tortious interference;

**Whereas**, on May 24, 2019 Plaintiff filed a stipulated notice to voluntarily dismiss with prejudice each of her claims against Defendants except the breach of contract claim;

**Now therefore**, Plaintiff Carol-Lyn Liddle, by and through her attorneys of record, the Rodriguez Law Offices, P.C., and Defendants Harry Cowell and Rock Vault Tours, Inc., by and through their attorneys of record, Holland & Hart LLP, hereby stipulate and respectfully request the Court dismiss Plaintiff's breach of contract claim with prejudice and order that this matter, Case Number 2-18-cv-00918-RFB-PAL and the Complaint [ECF No. 1] and the First Amended Complaint [ECF No. 35] therein be dismissed in their entirety with prejudice.

The Parties further stipulate that the parties will bear their respective attorneys' fees and costs incurred with respect to this dispute.

Dated: May 29, 2019.

Respectfully submitted,

*/s/ Esther C. Rodriguez*
Esther C. Rodriguez, Esq.
Rodriguez Law Offices, P.C.

Attorneys for Plaintiff

Dated: May 29, 2019.

Respectfully submitted,

*/s/ Matthew T. Cecil*
Matthew T. Cecil, Esq.
Holland & Hart, LLP

Attorneys for Defendants

**ORDER**

**IT IS SO ORDERED.**

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 31st day of May, 2019.

12542203_1